**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

CARLIS ANTHONY BALL,

        Petitioner–Appellant,

v.

ROBERT PATTON, Director,

        Respondent–Appellee.

No. 14-5036
(D.C. No. 4:11-CV-00035-GKF-FHM)
(N.D. Okla.)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**[*]

Before **HARTZ**, **McKAY**, and **MATHESON**, Circuit Judges.

Petitioner Carlis Ball seeks a certificate of appealability to appeal the district

court's denial of his § 2254 federal habeas petition. Petitioner is currently serving a term

of life imprisonment without the possibility of parole on a charge of first-degree murder.

In his federal habeas petition, Petitioner raised several claims for relief, including

challenges to the trial court's evidentiary rulings, a Fourth Amendment challenge to the

search of his apartment, and several claims of ineffective assistance of trial and appellate

counsel. The district court denied Petitioner's request for habeas corpus in a forty-three

---

[*] This order is not binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

page opinion that explained in detail why each claim did not entitle Petitioner to relief under federal law.

After thoroughly reviewing Petitioner's filings and the record on appeal, we conclude that reasonable jurists would not debate the district court's resolution of this case. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For substantially the same reasons given by the district court, we **DENY** Petitioner's request for a certificate of appealability and **DISMISS** the appeal.

ENTERED FOR THE COURT


Monroe G. McKay
Circuit Judge